IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JUNIOR ALEX VELASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17-CV-865 |
| | ) | |
| SONOCO DISPLAY & PACKAGING, LLC and DEBBIE'S STAFFING SERVICES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on April 11, 2018, was served on the parties. Docs. 40, 41. No objections were filed. After careful consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the defendant Debbie's Staffing Services' motion to dismiss the second amended complaint, Doc. 33, is **DENIED** pending the completion of discovery, without prejudice to further consideration of these issues on summary judgment motions following the close of discovery.

This the 30th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE